IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CONSUMER SOURCE HOLDING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOES 1-24, ) <br> ) <br> Defendants. ) <br> _____) | No. 1:13-cv-1512 (AJT/JFA) |

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge [Doc. No. 32] recommending that default judgment be entered in favor of the plaintiff and against the defendants. In accordance with the Magistrate Judge's instructions, the plaintiff has certified that, on June 4, 2014, it served the Report and Recommendation on the defendants in the manner directed. The defendants have not filed any objections thereto. The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 26] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered in favor of Plaintiff Consumer Source Holdings, Inc. and against Defendants John Does 1-24; and it is further

ORDERED that Plaintiff's application for an injunction be, and the same hereby is, GRANTED as follows:

1. Each John Doe Defendant whose contact information is listed in Appendix C, attached hereto, and their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with them having notice of this Order, are hereby RESTRAINED and ENJOINED from accessing, controlling, owning, or operating the domain names listed in Appendix A attached hereto and/or accessing, controlling, owning, or operating the domain name servers associated with the annexed domain names;

2. Each John Doe Defendant whose contact information is listed in Appendix C, attached hereto, and their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with them having notice of this Order, are hereby ENJOINED and RESTRAINED from using Plaintiff's registered trademarks, as set forth in Appendix B attached hereto, or any confusingly similar trademarks, on or in connection with any Internet websites owned and operated or controlled by them, including the Internet websites operating under the domain names in Appendix A, attached hereto;

3. Each John Doe Defendant whose contact information is listed in Appendix C, attached hereto, and their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with them having notice of this Order, are hereby ENJOINED and RESTRAINED from using Plaintiff's registered trademarks, as set forth in Appendix B, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered, owned, or operated by each Defendant, including the Internet websites operating under the domain names in Appendix A;

4. Ownership and control of the domain names listed in Appendix A are hereby transferred from Defendants to Plaintiffs; and it is further

ORDERED that the security bond posted by Plaintiff on December 16, 2013 in the amount of $500 shall be released to the attorney for the plaintiff; and it is further

ORDERED that Plaintiff shall serve copies of this Order on all defendants via the corresponding e-mail addresses and mailing addresses provided to Bizcn.com, Inc. and BulkRegister by the John Doe Defendants.

The Clerk is directed to forward copies of this Order to all counsel of record and to enter judgment pursuant to Fed. R. Civ. P. 58.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 30, 2014